



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____DIVISION

Mar 11, 2008
MIC___ __. DOBBINS

__Anthony D. Gritz__ )
) **08CV1446**
) **JUDGE BUCKLO**
(Name of the plaintiff or plaintiffs) )
) **MAG.JUDGE VALDEZ**
V. )
) (Case number will be supplied by the
) assignment clerk)
)
__Meijers Grocery Cntrs__ )
__Inc.__ )
)
)
(Name of the defendant or defendants) )

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Anthony D Gritz__ of the county of __Will__ in the state of __Illinois__.
3. The defendant is __Meijers Grocery Centers Inc__, who resides at (street address) __225 N. Naperville Rd__ (city) __Bolingbrook__ (county) __Will__ (state) __Ill__ (ZIP) __60446__ (Defendant's telephone number) __(630) - 679-6500__

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at

   (street address) 225 N Naperville Rd

   (city) Bolingbrook (county) Will (state) Ill (ZIP code) 60440

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) 9, (day) 18, (year) 09.

7. (a) The plaintiff [check one box]  ☐ *has not* filed a charge or charges against the defendant
                                      ☒ *has*
   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)  ☒ the United States Equal Employment Opportunity Commission on or about
        (month) Dec (day) 15 (year) 07.

   (ii) ☐ the Illinois Department of Human Rights on or about
        (month) _____ (day) _____ (year) _____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached.    ☒ YES   ☐ NO

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 1

   (day) 15 (year) 08 a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) [X] Age (Age Discrimination Employment Act).
   (b) [X] Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) [X] Disability (Americans with Disabilities Act)
   (d) [X] National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) [X] Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) [ ] Religion (Title VII of the Civil Rights Act of 1964)
   (g) [X] Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    [X] YES   [ ] NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) [ ] failed to hire the plaintiff.
    (b) [X] terminated the plaintiff's employment.
    (c) [X] failed to promote the plaintiff.
    (d) [ ] failed to reasonably accommodate the plaintiff's religion.
    (e) [X] failed to reasonably accommodate the plaintiff's disabilities.
    (f) [ ] other (specify): _____

    _____
    _____
    _____
    _____
    _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    Age Discrimination Act; The American With disabilities Act; Title VII of the Civil Rights Act of 1964 Also matters of Race, & origin. They tried to get Rid of me to bring in younger indv. They knew I was a former U.S. Army Soldier of Desert Storm & knew I had ailments/Health Problems/plus injuries I had suffered on the Job/w Surgery

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff. Yes

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): pay specified amount to plaintiff & if Judge/Jury decides there should be more paid to plaintiff, then defendants shall pay specific amount. & that for employment Reasons, that state law says also that the Record show that I'm rehirable & that I would be a good employee, & a great asset to another company or employer. & that lawsuits concerning injuries be taken care of separately. & that there will not be a release signed until all matters are taken care of in this court of law, or appeal

    (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

(h) ☒     Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Anthony D Gritz_

(Plaintiff's name) Anthony D Gritz

(Plaintiff's street address) 1000 Cresenzo Crt - Unit-D

(City) New Lenox (State) Ill (ZIP) 60451

(Plaintiff's telephone number) (815) - 485 - 4705

(Guide to Civil Cases for Litigants Without Lawyers: Page 47)

| Anthony Gritz | United States District Court |
| Plaintiff | Northern District of Illinois |
| v. | |
| Meijers Inc. | |
| defendant | |

## Complaint

1) I was harassed & discriminated against by the defendants by Racial discrimination for my preferences of Racial diversity. I was constantly belittled by management with Racial Remarks, that humiliated me, & physically, & mentally took a toll on me. This was documented & sent to the President of the Company.

2) I was harassed & discriminated against by the defendants under the age discrimination act by trying to fire me, & or try to get me to quit so they could bring in younger people. They used tactics saying I wasn't working as fast as younger employees, & I wasn't able to lift heavier items, or do heavier types of workloads.

3) I was also discriminated against by the defendants under the age discrimination Act for not Receiving promotions, pay raises, & other awards or merit Raises based upon this Act.

4) I was discriminated against by the defendants under the Americans with disabilities act for injuries, that I incurred, & suffered from due to my employment there which included a major operation with hardware placed inside my body.

5) I also was discriminated against by the defendants under the American w/ disabilities Act for mental stress, caused by my employment there. To include that the defendants knowingly hired me as being an Honorably discharged Desert Storm Veteran from the U.S. Army, that not Just ordinary citizens, but Corporations know that over 90% of veterans of conflicts, or war have issues to include higher stress levels than regular citizens.

6) I was discriminated against by the defendants under the Veterans Rights Act. That veterans are supposed to have preference for Jobs, advancement, & that this act protects veterans under conditions & labor laws - Acts as Above.

EEOC Form 161 (3/98)       **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Anthony Gritz<br>600 Crescenzo Court Apt D<br>New Lenox, IL 60451 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0014 4054 0613

[ ]   On behalf of person(s) aggrieved whose identity is
      CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-00816 | Jacquelyn C. Gandy,<br>Investigator Support Asst | (312) 886-5976 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_John P. Howe_        1/15/2008
John P. Rowe,         (Date Mailed)
District Director

Enclosures(s)

cc: MEIJER INC