

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Anthony D Gritz
(Please print)

STREET ADDRESS: 6000 Cresenzo Court - Unit D

CITY/STATE/ZIP: New Lenox Illinois 60451

PHONE NUMBER: 815) 485-4705

CASE NUMBER: **08CV1446**
**JUDGE BUCKLO**
**MAG. JUDGE VALDEZ**

Signature: Anthony D Gritz            Date: 3-11-2008

F I L E D
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)