FILED
MAR 1 1 2008
Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Anthony D Gritz
Plaintiff

v.

Meijers Grocery
Chirs. Inc.
Defendant(s)

CASE NUMBER  08CV1446
JUDGE BUCKLO
MAG. JUDGE VALDEZ

JUDGE _____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _____, declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2. Are you currently employed?  Total ☒Yes  ☐No
   Monthly salary or wages: 800.00 - 850.00
   Name and address of employer: Food 4 Less 1750 W Larkin Ave Oak St Hill Illinois   Wal-mart Super Cntr 2424 W Jefferson Joliet IL 60435

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                              ☐Yes   ☒No
      Amount_____ Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

*I pay Rent to my mother her home*

Amount _700.00 monthly_ Received by _Marilyn Gritz_

c. ☑ Rent payments, ☐ interest or ☐ dividends         ☐ Yes    ☐ No
Amount _____ Received by _____

d. N/A ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                            ☐ Yes    ☐ No
Amount _____ Received by _____

e. N/A ☐ Gifts or ☐ inheritances                          ☐ Yes    ☐ No
Amount _____ Received by _____

f. N/A ☐ Any other sources (state source: _____ )    ☐ Yes    ☐ No
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes    ☑ No    Total amount: _____
   In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                                    ☐ Yes    ☑ No
   Property: _____ Current Value: _____
   In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☑ Yes    ☐ No
   Address of property: _1000 Cresenzo Ct_
   Type of property: _Condo_    Current value: _don't know_
   In whose name held: _Marilyn Gritz_ Relationship to you: _____
   Amount of monthly mortgage or loan payments: _it was 750.00 monthly_
   Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                            ☑ Yes    ☐ No
   Property: _97 Sebring Convertible_
   Current value: _don't know_
   In whose name held: _Marilyn Gritz_ Relationship to you: _my mother_

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
   _I try to help pay for my mothers medicine she needs that she can't afford to pay for, plus I pay all the bills, gas/water/etc._

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

Anthony Gritz
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

3-11-2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)