orig

**FILED**

MAR 27 2008   MAR 27 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom It May Concern;
Attn: Michael W. Dobbins Clerk of the Court. Case No# 08C 1446 / Judge Buchlo

1) My name is Anthony Gritz, I filed a civil case with your court a few weeks ago, & I filed a In Forma Pauperis Application, & Financial Affidavit concerning my financial status to proceed without prepayment of Fees, & in support of my motion for appointment of counsel. My financial status has changed so I'm sending you this letter along with a new In Forma Pauperis Application as I no longer work for Food 4 Less, so I only have 1 job now, with less money, which I stated on the application.

2) I also want to add to my letter that was already filed about why, or concerning reasons or causes of discrimination that Meijers Gr ocery Chas. used against myself Defamation of Character, libel & slander, mental stress due to the discrimination.

End of statement.
Signed [signature]    Printed: Anthony Gritz
                      Dated 3/25/08