Original

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 2 7 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

MAR 2 7 2008

Anthony Gritz
_____
Plaintiff

v.

Meijer Grocery Chrs Inc.
_____
Defendant(s)

CASE NUMBER 08C 1446

JUDGE Bucklo

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Anthony D Gritz, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: _____

2. Are you currently employed? about ☒Yes ☐No
   Monthly salary or wages: 400.00 sometimes less
   Name and address of employer: Wal-Mart Inc. 2424 W. Jefferson St. Joliet IL 60435 I no longer work at Food 4 Less

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☒No
      Amount _____ Received by _____

b.  ☐ Business, ☐ profession or ☐ other self-employment                    ☐Yes     ☒No
Amount_____ Received by_____

c.  ☒ Rent payments, ☐ interest or ☐ dividends                              ☒Yes     ☐No
Amount it runs 700.00 Received by Marilyn Gritz to/from Anthony Gritz

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                            ☐Yes     ☒No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances                                               ☐Yes     ☒No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)                 ☐Yes     ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?                                                      ☐Yes     ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?                  ☐Yes     ☐No
Address of property: Just condo we live in
Type of property:_____ Current value: don't know
In whose name held: Marilyn Gritz Relationship to you: mother
Amount of monthly mortgage or loan payments: it runs 700.00 - 750.00
Name of person making payments: Marilyn Gritz

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                            ☒Yes     ☐No
Property: 97 Chrysler Sebring
Current value: don't know
In whose name held: Marilyn Gritz Relationship to you: mother

8. List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
Marilyn Gritz my mother I pay the bills heat electricity water gas, & I have been trying to help pay for her medicine that she needs to survive

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3/25/08

_____
Signature of Applicant

Anthony Graitz
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____        _____
DATE                                                          SIGNATURE OF AUTHORIZED OFFICER

                                                                     _____
                                                                     (Print name)

rev. 10/10/2007