# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1446 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Gritz vs. Meijers Grocery | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is granted. The Clerk of the Court is directed to issue summons forthwith and the U.S. Marshal is directed to serve defendant with process. Plaintiff's motion to appoint counsel is denied. Status hearing set for 5/16/08 at 9:30 a.m. at which time plaintiff must appear in court or the case will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|