**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Anthony D Gritz
                                            Plaintiff,

v.                                                     Case No.: 1:08−cv−01446
                                                          Honorable Elaine E. Bucklo

Meijers Grocery Centers Inc.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing scheduled for 5/16/2008. Plaintiff failed to appear. Status hearing reset to 7/2/2008 at 9:30a.m. Plaintiff Anthony D. Gritz is ordered to appear at the status hearing set for 7/2/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.