IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY D. GRITZ,

    Plaintiff,

v.

MEIJER STORES
LIMITED PARTNERSHIP,

    Defendant.
_____/

File No. 08CV1446
Judge Elaine E. Bucklo
Magistrate Judge Maria Valdez

Jeffrey S. Rueble (MI-P34570)
Cynthia W. Warren (MI-P62034)
Meijer, Inc. - Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI 49544
(616) 791-3006
Attorneys for Defendants
_____/

Anthony D. Gritz, In Pro Per
600 Cresenzo Court, Apt. D
New Lenox, IL 60451
(815) 485-4705
_____/

## APPEARANCE

    The undersigned appears for Defendant Meijer Stores Limited Partnership.

Dated: August 28, 2008

    /s/ Jeffrey S. Rueble
    Jeffrey S. Rueble (P34570)
    Meijer Legal Department
    2929 Walker Avenue, N.W.
    Grand Rapids, MI 49544
    Phone: (616) 791-3006
    Fax:    (616) 791-5349
    Email: Jeffrey.Rueble@Meijer.com
    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY D. GRITZ,

    Plaintiff,

v

MEIJER STORES
LIMITED PARTNERSHIP,

    Defendant.
_____/

File No. 08CV1446
Judge Elaine E. Bucklo
Magistrate Judge Maria Valdez

Jeffrey S. Rueble (MI-P34570)
Cynthia W. Warren (MI-P62034)
Meijer, Inc. - Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI  49544
(616) 791-3006
Attorneys for Defendants
_____/

Anthony D. Gritz, In Pro Per
600 Cresenzo Court, Apt. D
New Lenox, IL  60451
(815) 485-4705
_____/

## PROOF OF SERVICE

    I hereby certify that on August 28, 2008, I electronically filed an Appearance and Proof of Service with the Clerk of the Court using the ECF system and that I have mailed by United States Postal Service the above documents to the following non-ECF participant: ***Anthony Gritz, 600 Cresenzo Court, Apt. D, New Lenox, IL  60451***, by first class mail with postage fully prepaid.

    /s/ *Jeffrey S. Rueble*
    Jeffrey S. Rueble (P34570)
    Meijer Legal Department
    2929 Walker Avenue, N.W.
    Grand Rapids, MI  49544
    Phone:  (616) 791-3006
    Fax:    (616) 791-5349
    Email:  Jeffrey.Rueble@Meijer.com
    Attorney for Defendant