IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

ANTHONY D. GRITZ,

        Plaintiff,

v

MEIJER STORES
LIMITED PARTNERSHIP,

        Defendant.
_____/

File No. 08CV1446
Judge Elaine E. Bucklo
Magistrate Judge Maria Valdez

Jeffrey S. Rueble (MI-P34570)
Cynthia W. Warren (MI-P62034)
Meijer, Inc. - Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI  49544
(616) 791-3006
Attorneys for Defendants
_____/

Anthony D. Gritz, In Pro Per
600 Cresenzo Court, Apt. D
New Lenox, IL  60451
(815) 485-4705

_____/

**APPEARANCE**

The undersigned appears for Defendant Meijer Stores Limited Partnership.


Dated:  August 28, 2008

/s/ Cynthia W. Warren
Cynthia W. Warren (P62034)
Meijer Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI  49544
Phone:  (616) 735-7553
Fax:     (616) 791-5349
Email:  Cynthia.Warren@Meijer.com
Attorney for Defendant