IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY D. GRITZ,

    Plaintiff,

v

MEIJER STORES
LIMITED PARTNERSHIP,

    Defendant.
    _____/

File No. 08CV1446
Judge Elaine E. Bucklo
Magistrate Judge Maria Valdez

Jeffrey S. Rueble (MI-P34570)
Cynthia W. Warren (MI-P62034)
Meijer, Inc. - Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI 49544
(616) 791-3006
Attorneys for Defendants
_____/

Anthony D. Gritz, In Pro Per
600 Cresenzo Court, Apt. D
New Lenox, IL 60451
(815) 485-4705
_____/

## DEFENDANT MEIJER'S MOTION TO COMPEL ARBITRATION AND STAY THE CURRENT PROCEEDINGS

Defendant Meijer, in lieu of filing an Answer, hereby moves this Court for an Order staying these proceedings and compelling arbitration of this action. In support of the Motion, Meijer relies upon § 3 of the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and the facts and

argument contained in the accompanying Brief in Support of Motion to Compel Arbitration and Stay the Current Proceedings and the exhibits attached thereto.

                                                                      Respectfully submitted,

Dated: August 28, 2008                        By:   */s/ Cynthia W. Warren*
                                                         Cynthia W. Warren (MI-P62034)
                                                         Meijer Legal Department
                                                         2929 Walker Avenue, N.W.
                                                         Grand Rapids, MI 49544
                                                         Phone: (616) 735-7553
                                                         Fax:   (616) 791-5349
                                                         Email: Cynthia.Warren@Meijer.com
                                                         Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY D. GRITZ,

    Plaintiff,

v

MEIJER STORES
LIMITED PARTNERSHIP,

    Defendant.
_____/

File No. 08CV1446
Judge Elaine E. Bucklo
Magistrate Judge Maria Valdez

Jeffrey S. Rueble (MI-P34570)
Cynthia W. Warren (MI-P62034)
Meijer, Inc. - Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI  49544
(616) 791-3006
Attorneys for Defendants
_____/

Anthony D. Gritz, In Pro Per
600 Cresenzo Court, Apt. D
New Lenox, IL  60451
(815) 485-4705
_____/

## PROOF OF SERVICE

    I hereby certify that on August 28, 2008, I electronically filed an Appearance, Defendant Meijer's Motion to Compel Arbitration and Stay The Current Proceedings, Brief in Support with Exhibits and Proof of Service with the Clerk of the Court using the ECF system and that I have mailed by United States Postal Service the above documents to the following non-ECF participant: **Anthony Gritz, 600 Cresenzo Court, Apt. D, New Lenox, IL  60451**, by first class mail with postage fully prepaid.

                                /s/ *Cynthia W. Warren*
                                Cynthia W. Warren (MI-P62034)
                                Meijer Legal Department
                                2929 Walker Avenue, NW
                                Grand Rapids, MI 49544
                                Phone: (616) 735-7553
                                Fax:    (616) 791-5349
                                Email:  Cynthia.Warren@Meijer.com
                                Attorney for Defendant