**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Anthony D Gritz
                        Plaintiff,

v.                                                   Case No.: 1:08−cv−01446
                                                   Honorable Elaine E. Bucklo

Meijers Grocery Centers Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion to compel arbitration and stay [15] is denied without prejudice as the motion is not noticed for hearing pursuant to the rule. Status hearing held on 9/5/2008 and continued to 10/1/2008 at 09:15 AM. at which time both parties must be present.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.